UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| FREDERICK W. ADKINS, | ) | |
| | ) | |
| Petitioner, | ) | 2:13-cv-02170-JCM-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DWIGHT NEVEN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| _____/ | | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.

Petitioner has filed a motion for a 60-day extension of time in which to file a response to the pending motion to dismiss. (ECF No. 38). Good cause appearing, petitioner is granted 60 days from the date of entry of this order in which to file his response to the pending motion to dismiss.

Petitioner has also filed a motion to extend his prison copywork limit. (ECF No. 39). Petitioner explains that he has reached or exceeded the limit for free copywork pursuant to the Department of Corrections' administrative regulation 722.12. Petitioner seeks a reasonable allowance of copywork for documents relevant to this federal habeas corpus proceeding. Because petitioner seeks to file a response to the pending motion to dismiss, the court recognizes that a reasonable copywork extension is warranted in this instance.

**IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time (ECF No. 38) in which to file his response to the pending motion to dismiss is **GRANTED.** Within **sixty (60) days** from the date of entry of this order, petitioner **SHALL FILE** his response to the motion.

**IT IS FURTHER ORDERED** that petitioner's motion to extend his prison copywork limit (ECF No. 39) is **GRANTED.** The Nevada Department of Corrections **SHALL** extend petitioner's prison copywork limit by $10.00.

Dated  November 10, 2014.

_____
UNITED STATES DISTRICT JUDGE