# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FREDERICK W. ADKINS,

    Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

    Respondents.

Case No. 2:13-cv-02170-JCM-PAL

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. Respondents have filed a motion for a second extension of time, up to and including July 19, 2017, in which to file an answer. (ECF No. 75). Having reviewed the motion and good cause appearing, respondents' motion is granted.

    **IT IS THEREFORE ORDERED** that respondents' motion for a second extension of time to answer the remaining grounds of the petition (ECF No. 75) is **GRANTED.** The answer shall be filed on or before **July 19, 2017.**

Dated July 3, 2017.

                                                          UNITED STATES DISTRICT JUDGE